**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **PRESQRIBER, LLC,** | |
| **Plaintiff,** | **Case No. 6:14-cv-440** |
| v. | |
| | **CONSOLIDATED CASE** |
| **AO CAPITAL PARTNERS, LLC d/b/a PROGNOSIS INNOVATION HEALTHCARE,** *et al.*, | **LEAD CASE** |
| **Defendants.** | |
| **ADVANCED DATA SYSTEMS CORPORATION** | Case No. 6:14-cv-859 |
| **COMPULINK BUSINESS SYSTEMS INC.** | Case No. 6:14-cv-862 |
| **HEALTHFUSION, INC.** | Case No. 6:14-cv-864 |
| **MACPRACTICE, INC.** | Case No. 6:14-cv-866 |
| **MD LOGIC, INC.** | Case No. 6:14-cv-867 |
| **MED INFORMATIX, INC.** | Case No. 6:14-cv-868 |
| **MEDFLOW, INC.** | Case No. 6:14-cv-869 |
| **NEXTECH SYSTEMS, LLC** | Case No. 6:14-cv-871 |
| **NEXUS CLINICAL, LLC** | Case No. 6:14-cv-872 |
| **PRACTICE VELOCITY, LLC** | Case No. 6:14-cv-874 |
| **NEWCROP, LLC,** | |
| **Plaintiff,** | |
| v. | **Case No. 6:14-cv-539** |
| **PRESQRIBER, LLC,** | |
| **Defendant.** | |

**ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS BETWEEN
PLAINTIFF PRESQRIBER, LLC AND
ADVANCED DATA SYSTEMS CORPORATION; COMPULINK BUSINESS SYSTEMS INC.;
HEALTHFUSION, INC.; MACPRACTICE, INC.; MD LOGIC, INC.;
MED INFORMATIX, INC.; MEDFLOW, INC.; NEXTECH SYSTEMS, LLC;
NEXUS CLINICAL, LLC; PRACTICE VELOCITY, LLC; AND NEWCROP, LLC**

On this day, the Court considered the Agreed Motion for Dismissal with Prejudice of All

Claims Between Plaintiff Presqriber, LLC, Defendants Advanced Data Systems Corporation

("Advanced"), Compulink Business Systems Inc. ("Compulink"), HealthFusion, Inc. ("HealthFusion"); MacPractice, Inc. ("MacPractice"), MD Logic, Inc. ("MD Logic"), Med Informatix, Inc. ("Med Informatix"), MedFlow, Inc. ("MedFlow"), NexTech Systems, LLC ("NexTech"), Nexus Clinical, LLC ("Nexus") and Practice Velocity, LLC's ("Practice Velocity") (collectively "Defendants"), and NewCrop, LLC ("NewCrop"). Having considered the Agreed Motion and the pleadings in this case, the Court is of the opinion that the Agreed Motion should be, and is hereby, GRANTED.

It is, therefore, ORDERED that all claims and counterclaims asserted in this suit between Plaintiff Presqriber and Defendants are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, attorney's fees and expenses.

It is further ORDERED that this action and all claims and counterclaims asserted in this suit between Presqriber and New Crop are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, attorney's fees and expenses.

So ORDERED and SIGNED this 14th day of September, 2015.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE